IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01479-BNB-MJW

PAUL A. MITCHELL, M.D.,

    Plaintiff,

vs.

ROCKY MOUNTAIN CANCER CENTERS, LLP,

    Defendant.

---

## PROPOSED ORDER GRANTING MOTION TO VACATE FEBRUARY 4, 2008 SETTLEMENT CONFERENCE (Docket No. 38)

---

This matter is before the Court on Defendant's Motion to Vacate February 4, 2008 Settlement Conference. The Court, having considered Defendant's Motion, HEREBY ORDERS that the motion (Docket No. 38) is granted And that the February 4, 2008 settlement conference is vacated. (*)

Dated this 28th of January 2008.

BY THE COURT

/s/ Michael J. Watanabe
United States Magistrate Judge Michael J. Watanabe

3821663_1.DOC

(*) The Settlement Conference is Reset to April 15, 2008 @ 10:30 a.m. Settlement Statements shall be submitted on or Before April 9, 2008.