IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-01479-BNB-MJW | Date: April 23, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

PAUL A. MITCHELL,                                                     PRO SE
Dr., M.D.

        Plaintiff,

v.

ROCKY MOUNTAIN CANCER
CENTERS, LLP,                                          Gregory Eurich

        Defendant.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:        10:09 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Defendant's motion to compel plaintiff's deposition, discovery responses, initial disclosures and for sanctions and motion to amend scheduling order deadlines filed 3/10/08; Doc. 42 is denied in part and granted in part as stated on the record. The dispositive motion deadline is extend to May 21, 2008. The discovery cut-off is extended solely to allow the defendant to take the deposition of Dr. Mitchell's psychiatrist that procure not to exceed thirty days time.

Court in Recess       10:33 a.m.      Hearing concluded.     Total time in court:    00:24

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.