IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01479-BNB-MJW

DR. PAUL A. MITCHELL, M.D.,

Plaintiff,

v.

ROCKY MOUNTAIN CANCER CENTERS, LLP,

Defendant.
_____

**ORDER**
_____

This matter is before me on **Defendant's Motion to Compel Plaintiff's Deposition, Discovery Responses, Initial Disclosures and for Sanctions <u>and</u> Motion to Amend Scheduling Order Deadlines** [Doc. # 42, filed 3/10/2008] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED to extend the dispositive motion deadline to and including **May 21, 2008**, and to extend the discovery cut-off to and including **May 23, 2008**, solely to allow the defendant to depose the plaintiff's psychiatrist.

IT IS FURTHER ORDERED that the Motion is DENIED as moot in all other respects.

IT IS FURTHER ORDERED that the defendant shall serve again its Rule 26(a)(1) disclosures on the plaintiff, on or before **April 28, 2008**.

Dated April 23, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge