IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01479-BNB-MJW

DR. PAUL A. MITCHELL, M.D.,

       Plaintiff,

v.

ROCKY MOUNTAIN CANCER CENTER, LLP.,

       Defendant.

ORDER TO CURE DEFICIENCY

Boland, Magistrate Judge

       Plaintiff submitted a Notice of Appeal on August 13, 2008. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      X   is not submitted
      ___   is not on proper form (must use the court's current form)
      ___   is missing original signature by plaintiff/petitioner on motion
      ___   is missing affidavit
      ___   affidavit is incomplete
      ___   is missing original signature by plaintiff/petitioner on affidavit
      ___   affidavit is not notarized or is not properly notarized
      ___   other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

Dated August 18, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge