IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01479-BNB-MJW

DR. PAUL A. MITCHELL, M.D.,

Plaintiff,

v.

ROCKY MOUNTAIN CANCER CENTERS, LLP,

Defendant.

_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion for the Dismissal of Retaliation Claim be <u>With</u> Prejudice and the Court Issue an Order of <u>Final</u> Judgment** [Doc. #73, filed 9/24/08] (the "Motion"). The Motion is DENIED.

On August 5, 2008, I entered an order dismissing the plaintiff's age discrimination claim and granting summary judgment in favor of the defendant on the plaintiff's claims for discriminatory discharge and hostile environment [Doc. #61]. In addition, I ordered supplemental briefing on the plaintiff's remaining claim for retaliation.

Subsequently, the plaintiff sought to withdraw his retaliation claim [Doc. #69]. The defendant stipulated to the dismissal of the claim without prejudice [Doc. #68]. I construed the plaintiff's request to withdraw the retaliation claim as a stipulation of dismissal pursuant to Rule 41(a)(1), Fed.R.Civ.P., and I dismissed the retaliation claim without prejudice [Doc. #70]. Judgment entered on August 28, 2008 [Doc. #71].

The plaintiff now requests that the retaliation claim be dismissed with prejudice. Because "[a] motion to alter or amend a judgment must be filed no later than 10 days after the entry of the judgment," Fed.R.Civ.P. 59(e), I construe the Motion as one for relief under Fed.R.Civ.P. 60. A litigant may seek relief from a judgment under Rule 60 on various grounds. The plaintiff does not identify or discuss which grounds, if any, entitle him to the relief he seeks, and none is obvious to me. Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated September 25, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge