IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01479-BNB-MJW

DR. PAUL A. MITCHELL, M.D.,

Plaintiff,

v.

ROCKY MOUNTAIN CANCER CENTERS, LLP,

Defendant.

## ORDER

This matter is before me on the plaintiff's **Motion for the Dismissal of Pending Claim With Prejudice and Issuance of Order of Final Judgment or Rule 54(b) Certification** [Doc. # 78, filed 10/24/2008] (the "Motion"). The Motion raises again matters previously dealt with by my orders of September 25, 2008 [Doc. # 74], and October 20, 2008 [Doc. # 77]. Nothing in the present Motion causes me to reconsider or otherwise alter my earlier rulings.

IT IS ORDERED that the Motion is DENIED.

Dated October 27, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge