IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01479-BNB-MJW

DR. PAUL A. MITCHELL, M.D.,

Plaintiff,

v.

ROCKY MOUNTAIN CANCER CENTERS, LLP,

Defendant.

---

**ORDER**

---

This matter is before me on **Plaintiff's Motion to Reopen Case** [Doc. #97, filed 08/27/2014] (the "Motion"). The Motion is DENIED.

On October 22, 2009, I entered an order closing this case and discussing in detail the history of the case [Doc. #94]. That order is incorporated by reference, and I will not repeat the history of the case here. The plaintiff requests an order reopening the case, but he fails to provide any competent authority to support his request.

The defendant filed a Response [Doc. #99] and includes a request for attorney fees "for having to defendant a groundless and frivolous motion." "A motion shall not be included in a response or reply to the original motion. A motion shall be made in a separate document." D.C.COLO.LCivR 7.1(d). The defendant's request for attorney fees is denied without prejudice. Any further request for attorney fees shall be filed in a separate motion and shall be supported by citation to proper authority.

IT IS ORDERED:

(1)  Plaintiff's Motion to Reopen Case [Doc. #97] is DENIED; and

(2)   The defendant's request for attorney fees is DENIED WITHOUT PREJUDICE.

Dated September 22, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge